UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LESLIE VONTRESS,<br><br>           Plaintiff,<br><br>     v.<br><br>D.W. NEVENS et al.,<br><br>           Defendants. | 2:15-cv-00060-JAD-GWF<br><br>ORDER |

I.  DISCUSSION

On December 17, 2015, the Court issued a screening order and stayed the case for 90 days. (ECF No. 11).  After reviewing Plaintiff's judicial notice of wrong complaint served on Attorney General (ECF No. 13) and the screening order (ECF No. 11), it appears that the Clerk of the Court served Plaintiff's original complaint on the Attorney General's Office instead of Plaintiff's amended complaint.  The Court now serves the correct complaint on the Attorney General's Office.

II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court shall electronically SERVE a copy of this order and a copy of Plaintiff's amended complaint (ECF No. 6) on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

DATED: This 8th day of January, 2016.

_____
United States Magistrate Judge