ADAM PAUL LAXALT
Nevada Attorney General
D. RANDALL GILMER
Deputy Attorney General
Nevada Bar No. 14001C
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3426
Facsimile: (702) 486-3773
Email: drgilmer@ag.nv.gov
*Attorneys for Defendant Linda Adams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LESLIE VONTRESS,<br><br>Plaintiff,<br><br>vs.<br><br>D. W. NEVEN, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00060-JAD-GWF<br><br>**STIPULATION AND ORDER<br>OF DISMISSAL** |

It is stipulated and agreed, by and between Plaintiff, George Leslie Vontress, in pro per, and Defendant, Linda Adams, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and D. Randall Gilmer, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

_____
George Leslie Vontress, Plaintiff
In Pro Per
Dated: February 25, 2016

ADAM PAUL LAXALT
Attorney General

By:  /s/ D. Randall Gilmer
D. Randall Gilmer
Deputy Attorney General
Dated: February 23, 2016

Based on this stipulation, IT IS ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: February 26, 2016

_____
UNITED STATES DISTRICT JUDGE